**No. 43107.**—Protest 990739–G of Stuart Lumber & Export Corp. (New York).

Opinion by BROWN, J. On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, JANUARY 25, 1940

**No. 43108.**—Protests 925688–G, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43109.**—Protests 959970–G, etc., of Fish-Schurman Corp. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 25, 1940

**No. 43110.**—Protests 988111–G, etc., of M. B. Daniels & Co. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43111.**—Petition 5894–R of Victor Animatograph Corp. (Chicago).

Opinion by KEEFE, J. From the evidence presented it was found that there was no intention to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise in question. The petition was therefore granted.

**No. 43112.**—Petition 5881–R of Meccano Co. of America, Inc. (Boston).

Opinion by KEEFE, J. From the evidence it was found that there was no intention to conceal or misrepresent the facts or to deceive the appraiser. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JANUARY 26, 1940

**No. 43113.**—Petitions 5920–R, etc., of Golding Bros. Co., Inc. (New York).

Opinion by BROWN, J. Following Abstract 39917 the court granted the petitions.

**No. 43114.**—Petitions 5863–R, etc., of Titus Blatter & Co. (New York).

Opinion by BROWN, J. On the record presented the petitions were granted as there was no intention to defraud the revenue of the United States.